# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-497-RJC-DCK

| | |
|---|---|
| ADVENTUS AMERICAS, INC., et al., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AST ENVIRONMENTAL et al., | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Defendant's "Application For Admission To Practice Pro Hac Vice" (Document No. 7) filed December 10, 2008, seeking admission *pro hac vice* of Victoria L. Nilles, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Victoria L. Nilles of the law firm of Thompson Hines, LLP, is a member in good standing of the Bar of the State of Ohio and is admitted to practice in other courts.

It further appears that Ms. Nilles has associated Lex M. Erwin of Erwin and Eleazer, P.A. as local counsel.

IT IS THEREFORE ORDERED that Victoria L. Nilles be permitted to appear *pro hac vice in the above-captioned action..*

Signed: December 11, 2008

David C. Keesler
United States Magistrate Judge