IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-497-RJC-DCK

| | |
|---|---|
| ADVENTUS AMERICAS, INC., et al., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AST ENVIRONMENTAL et al., | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Defendant Calgon Carbon Corp.'s "Application For Admission To Practice Pro Hac Vice" (Document No. 14) filed January 12, 2009 for Admission *Pro Hac Vice* of Robert D. Yeager, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Robert D. Yeager of the law firm of K&L Gates LLP, is a member in good standing of the Bar of the State of Pennsylvania and is admitted to practice in other Courts.

It further appears that Mr. Yeager has associated Daniel V. Mumford of K&L Gates LLP as local counsel.

IT IS THEREFORE ORDERED that Robert D. Yeager be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel appearing for Defendant Calgon Carbon Corp.

Signed: January 12, 2009

David C. Keesler
United States Magistrate Judge