IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-497-RJC-DCK

| | |
|---|---|
| ADVENTUS AMERICAS, INC., et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AST ENVIRONMENTAL et al., )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 31) concerning Christine M. McLaughlin, filed August 30, 2011. Ms. McLaughlin seeks to appear as counsel *pro hac vice* for Defendant AST Environmental.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. McLaughlin is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant AST Environmental.

Signed: August 30, 2011

David C. Keesler
United States Magistrate Judge