IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-497-RJC-DCK

| | |
|---|---|
| ADVENTUS AMERICAS, INC., et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| AST ENVIRONMENTAL et al., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) concerning Jeffrey C. Metzcar, filed August 30, 2011. Mr. Metzcar seeks to appear as counsel *pro hac vice* for Defendant AST Environmental.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Metzcar is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant AST Environmental.

Signed: August 30, 2011

David C. Keesler
United States Magistrate Judge